IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN GARCIA,

    Plaintiff,

v.                              CASE NO.: 1:12cv06/SPM/GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated August 7, 2012 (doc. 12).  Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2.    Defendant's motion to remand (doc. 11) is granted.

3.	The clerk shall enter judgment reversing the Commissioner's decision to deny benefits, terminate any pending motions, and close the file.

4.	The application is remanded to the Commissioner for rehearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should evaluate the medical opinions with express consideration of the medical opinions of Jesse Lipnick, M.D., and Lance Chodosh, M.D. Additionally, the ALJ should clarify the mental limitations described as "moderate" in the residual functional capacity in terms of specific functional work-related abilities and seek additional vocational evidence if warranted.

DONE AND ORDERED this 10th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge