IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN CARCIA,

    Plaintiff,

v.                                       CASE NO.: 1:12cv6-SPM/GRJ

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER AWARDING ATTORNEY FEES AND COSTS

THIS CAUSE comes before the Court on Plaintiff's Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act.  Doc. 16. Defendant filed a response (doc. 17) advising that it does not object to the requested award so long as it is subject to offset by the Department of Treasury. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     Plaintiff's Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (doc. 16) is granted.

2.     The Commissioner is directed to pay Plaintiff $2,693.49, which are reasonable fees and costs under the Equal Access to Justice Act, 28 U.S.C. §

2412.

3. The United States Department of Treasury may apply the payment to offset a debt owed by Plaintiff in accordance with <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

DONE AND ORDERED this 2nd day of October, 2012.

<u>s/ Stephan P. Mickle</u>
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:12cv8-SPM/GRJ